

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 5:99cr8BrN

TERRANCE CARVELL GUINN

### ORDER

This cause came on for consideration of the Government's ore tenus motion for the entry of an Order directing that the defendant, being charged with a violation of Supervised Released, be provided with a mental health examination in accordance with the provisions of Sections 4241, 4242, and 4247, Title 18, United States Code, in that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease of defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS, THEREFORE, ORDERED that pursuant to the provisions of Sections 4241 and 4247, Title 18, United States Code, a mental health examination is to be conducted at a suitable Federal Bureau of Prisons Medical Center. Following such a mental health examination, a report is to be prepared, filed with the Court, with copies provided to counsel for the defendant and the attorney for the Government, such report to include the defendant's history and present symptoms; a description of the mental health examination tests that were administered and their results; the examiner's findings; the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to properly

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

assist in his defense; whether the defendant was insane at the time of the offense charged; and in the event the defendant is convicted of this charge, any recommendation the examiner may have as to how the mental condition of the defendant should affect a sentence to be imposed, if any.

The United States Marshal Service is directed to forthwith deliver the defendant to the designated facility for the conduct of the examination which has been ordered.

SO ORDERED this the __16th__ day of __March__, 2004.

_____
UNITED STATES DISTRICT JUDGE