UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRANCE CARVELL GUINN,
              Petitioner,

v.

DAVID L. WINN,
              Respondent.

Civil Action

No. 04-40096-NMG

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐ The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒ The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

Petitioner has sufficient funds to pay the $5 filing fee.

☒ It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.

6/25/04
DATE

_____
UNITED STATES DISTRICT JUDGE