UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERRENCE CARVELL GUINN,
    Petitioner,

v.

DAVID L. WINN
    Respondent.

CIVIL ACTION

NO.  04-40096-NMG

ORDER

GORTON, D. J.

On May 28, 2004, petitioner Terrence Guinn, confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY, the Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (1) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (2) the United States Attorney; and

The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

6/25/04
Date

/s/ N.M. Gorton
United States District Judge

(2241servINS.wpd - 09/00)    [2241serv.]