FILED
OFFICE

U.S. Court of Appeals for the First Circuit

Cause No. 04cv40096    JUL 30   P 12: 26

Terrance Guinn
vs.
David L. Winn

U.S. DISTRICT COURT
DISTRICT OF MASS.

Writ of Mandamus

comes now, Terrance Guinn, plaintiff in the above-styled and numbered cause of action and files this its suit for writ of mandamus, pursuant Docket #04cv40096 of the United States Code, Title 28 section 1651 and would show the court the following :

1. Plaintiff

Terrance Guinn is a resident of 2935 Hwy 51 Canton, Ms 39046.

11. Defendent

David L.winn is the warden of Ft. Devens Medical Centerof Ayer, Massachusetts.

111.

Whereas the district court had jurisdicition to entertain this title 28 section 2241 Docket#04cv40096 Habeas Corpus.

Relief

Wherefore, premises considered, plaintiff Terrance Guinn respectfully request a finding that the defendent did not respond to Docket# 04cv40096 within the reasonable time allowed.

June 21, 2004
Respectfully Submitted

2935 Hwy 51
Canton, Ms 39046



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO. 5:99cr8BrN

TERRANCE CARVELL GUINN

## <u>ORDER</u>

This cause came on for consideration of the Government's ore tenus motion for the entry of

an Order directing that the defendant, being charged with a violation of Supervised Released , be

provided with a mental health examination in accordance with the provisions of Sections 4241,4242,

and 4247, Title 18, United States Code, in that there is reasonable cause to believe that the defendant

may presently be suffering from a mental disease of defect rendering him mentally incompetent to

the extent that he is unable to understand the nature and consequences of the proceedings against him

or to assist properly in his defense;

IT IS, THEREFORE, ORDERED that pursuant to the provisions of Sections 4241 and 4247,

Title 18, United States Code, a mental health examination is to be conducted at a suitable Federal

Bureau of Prisons Medical Center. Following such a mental health examination, a report is to be

prepared, filed with the Court, with copies provided to counsel for the defendant and the attorney

for the Government, such report to include the defendant's history and present symptoms; a

description of the mental health examination tests that were administered and their results; the

examiner's findings; the examiner's opinions as to diagnosis, prognosis, and whether the defendant

is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is

unable to understand the nature and consequences of the proceedings against him or to properly

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK

BY: _____
DEPUTY CLERK

assist in his defense; whether the defendant was insane at the time of the offense charged; and in the event the defendant is convicted of this charge, any recommendation the examiner may have as to how the mental condition of the defendant should affect a sentence to be imposed, if any.

The United States Marshal Service is directed to forthwith deliver the defendant to the designated facility for the conduct of the examination which has been ordered.

SO ORDERED this the ___16___ day of ___March___, 2004.

UNITED STATES DISTRICT JUDGE

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

### IN THE UNITED STATES DISTRICT COURT

FOR THE    *District of Massachusetts*

Terrance Cavell Guinn 16217-035
_____
Petitioner

Ft. Devens Medical Center
_____
P.O. Box 879
_____
Ayer, Massachusetts
_____
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

*Clerk of Court*
*District of*
*Massach*

VS.                                             CIVIL ACTION NO._____

David L. Winn, Warden
_____
Respondent(s)
Ft. Devens Medical Center
_____
Ayer, Massachusetts
_____
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

_____ A conviction
_____ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you
                must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the
                Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
__✓__ Other.  State briefly:  Illegal Detainment
_____
_____
_____

2. Place of detention: Ft. Devens Medical Center
P.O. Box 879 , Ayer Massachusetts

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes     _____✓_____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: _____

b. Nature of proceeding: _____

_____

c. Grounds raised: _____

_____

_____

_____

_____

d. Result: _____

_____

e. Date of result: _____

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____

_____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

5. Does counsel presently represent you? _____ Yes   __✓__ No

If so, Name address and phone number of counsel: _____

_____

_____

6. Name and location of court, which imposed sentence: UNITED STATE District Court For the District of Mississippi Western Division _____

_____

2

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No

(1) If your answer to "a" above is yes, what was the result? _____

_____

_____

(2) If your answer to "a" above is no, explain: _____

_____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

_____

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Request that this Court release me from an Illegal Detainment immediately

Signed on this the 26 day of May , 2004 .

Without Prejudice ucc-

Terrance Dunn

Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

Executed on: May 26 , 200 4 .

Without Prejudice ucc 1-2c

Terrance Dunn

Signature of petitioner

6

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: <u>Acceptance</u>

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

Whereas, on or About March 16, 2004 Order 5:99cc8BrN was/has been accepted for value and this property is Exempted From Levy and the Order of the Court was requested to be release to Terrance Guinn immediately. Whereas Terrance Guinn is the holder-in-due-course. Government Officials have violate the rights of Terrance Guinn by an unlawful seizure of person which has led and continue to lead to an Illegal Detainment since February 10, 2004.

b. Ground Two:

Supporting Facts:

Ground Three:

Supporting Facts:

4

7. Indictment or case number, if known: _____ 5:99cr38-N _____

8. Offense or Offenses for which sentence was imposed: _____ N/A _____

9. Date upon which sentence was imposed and the term of the sentence: _____ N/A _____

10. When was a finding of guilt made? (Check one)
_____ After a plea of guilty

_____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
_____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised:  (List each one)

_____
_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3