UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------x
TERRENCE CARVELL GUINN,                  :
                                         :
              Petitioner,                :
v.                                       :   Civil Action No. 04-40096
                                         :
DAVID L. WINN,                           :
                                         :
              Respondent.                :
------------------------------------------------------------x

## DECLARATION OF ANN H. ZGRODNIK

I, Ann Zgrodnik, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately February 10, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. All Administrative Remedy Requests filed by Bureau of Prisons inmates are logged into the Bureau's Sentry database. I can retrieve information from this database which details the requests that each inmate has filed.

4. On July 19, 2004, I ran a Sentry search to determine if inmate Terrence Carvell Guinn, Reg. No. 10217-035, had filed any Administrative Remedies. Review of his Administrative Remedy Record revealed that he has not utilized the Administrative Remedy Process to file a single remedy submission on the issue of him being illegally detained while at FMC Devens. A true and accurate copy the Administrative Remedy Generalized Retrieval for inmate Terrence Carvell Guinn is attached as Document A.

5. On July 19, 2004, I ran a SENTRY search to determine the status of Terrence Carvell Guinn, Reg. No. 10217-035, and whether Petitioner is still in the custody of the Bureau of Prisons. Review of his Public Information Data Sheet reveals that Petitioner was released from FMC Devens on June 4, 2004, and was released from the custody of the Bureau of Prisons on June 7, 2004. A true and accurate copy of the Public Information Inmate Data sheet for Petitioner Terrence Carvell Guinn is attached as Document B. A review of the United States Marshals Service Tracking Sheet for Petitioner reveals that on June 7, 2004, Petitioner was released from the custody of the Bureau of Prisons to the United State's Marshals Service, Southern District of Mississippi. A copy of the United States Marshals Service Prisoner tracking sheet

is attached as Documents C. The tracking sheet also indicates that Petitioner is currently incarcerated in the Madison County Jail. See Document C.

6.  Attached hereto please find true and correct copies of the following documents:

    A.  Administrative Remedy Generalized Retrieval Index for inmate Terrence Carvell Guinn, Reg. No. 10217-035;
    B.  Public Information Data for inmate Terrence Carvell Guinn, Reg. No. 10217-035;
    C.  United States Marshals Service Prisoner Tracking Sheet for inmate Terrence Carvell Guinn, Reg. No. 10217-035.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 19th day of July, 2004

_____
Ann H. Zgrodnik
Attorney Advisor
Consolidated Legal Center - Devens

# EXHIBIT 1
# DOCUMENT A

```
DEVCH              *ADMINISTRATIVE REMEDY - GENERALIZED RETRIEVAL *        07-19-2004
PAGE 001 OF 001                                                             15:02:41
        FUNCTION: LST  SCOPE: REG    EQ 10217-035     OUTPUT FORMAT: FULL_____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
SUBJECTS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV OFC : EQ ____
TRACK: DEPT:  ____    ____    ____    ____    ____    ____
      PERSON: ___     ___     ___     ___     ___     ___
        TYPE: __      __      __      __      __      __
EVNT FACL: EQ ____    ____    ____    ____    ____    ____
RCV FACL.: EQ ____    ____    ____    ____    ____    ____
RCV UN/LC: EQ ____    ____    ____    ____    ____    ____
RCV QTR..: EQ ____    ____    ____    ____    ____    ____
ORIG FACL: EQ ____    ____    ____    ____    ____    ____
ORG UN/LC: EQ ____    ____    ____    ____    ____    ____
ORIG QTR.: EQ ____    ____    ____    ____    ____    ____

G5152       NO REMEDY DATA EXISTS FOR THIS INMATE
```

# EXHIBIT 1
# DOCUMENT B

```
DEVCH                         PUBLIC INFORMATION                       07-19-2004
PAGE 001                          INMATE DATA                          15:05:53
                               AS OF 07-19-2004

REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                     PHONE..: N/A                 FTS: N/A
                                                  RACE/SEX...: BLACK / MALE
FBI NUMBER.: 602304CB9                            DOB/AGE....: 09-14-1973 / 30
ACTUAL RELEASE METH.: STDY CMPLT
ACTUAL RELEASE DATE.: 05-06-2004
------------------------------- ADMIT/RELEASE HISTORY -------------------------------
FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME  STOP  DATE/TIME
I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-08-2004 0530  CURRENT
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  06-08-2004 0530  06-08-2004 0530
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-07-2004 1000  06-08-2004 0530
OKL    HLD REMOVE  HOLDOVER REMOVED               06-07-2004 0900  06-07-2004 0900
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   06-04-2004 1800  06-07-2004 0900
DEV    PRE REMOVE  PRE SENT DETAINEE REMOVED      06-04-2004 0935  06-04-2004 1800
DEV    A-PRE       PRE-SENT ADMIT, ADULT          05-06-2004 0804  06-04-2004 0935
DEV    STDY CMPLT  STUDY AND OBS COMPLETED        05-06-2004 0802  05-06-2004 0804

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                       PHONE..: N/A              FTS: N/A
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-07-2004 1442 05-06-2004 0802
ATL    PRE REMOVE  PRE SENT DETAINEE REMOVED      04-07-2004 0835 04-07-2004 1442
ATL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   04-06-2004 1930 04-07-2004 0835
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-06-2004 1930 04-06-2004 1930
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-06-2004 1015 04-06-2004 1930
OKL    HLD REMOVE  HOLDOVER REMOVED               04-06-2004 0915 04-06-2004 0915
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   03-30-2004 1700 04-06-2004 0915
1-Q    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-30-2004 1800 03-30-2004 1800
1-Q    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-22-2004 1716 03-30-2004 1800
CMY    ADMIN REL   ADMINISTRATIVE RELEASE         03-22-2004 1616 03-22-2004 1616
CMY    A-ADMIN     ADMINISTRATIVE ADMISSION       03-22-2004 0821 03-22-2004 1616
FOR    GCT REL     GOOD CONDUCT TIME REL (CCCA)   10-05-2001 1056 03-22-2004 0821
FOR    A-DES       DESIGNATED, AT ASSIGNED FACIL  09-29-2000 1020 10-05-2001 1056


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                     PHONE..: N/A              FTS: N/A
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-06-2004 VIA STDY CMPLT

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: MISSISSIPPI, SOUTHERN DISTRICT
DOCKET NUMBER....................: 5:99CR8BRN
JUDGE............................: BRAMLETTE
DATE SENTENCED/PROBATION IMPOSED: 03-16-2004
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 04-07-2004
HOW COMMITTED....................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW . . .
```

```
DEVCH                       *    PUBLIC INFORMATION     *       07-19-2004
PAGE 004                             INMATE DATA                 15:05:53
                               AS OF 05-06-2004

REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                     PHONE..: N/A              FTS: N/A
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO    SERVICES: NO          AMOUNT: $00.00

-----------------------------PRIOR OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....: 132
OFF/CHG: POSSESSION OF WEAPON

  SENTENCE PROCEDURE..............: 4241 DETERM MENTAL COMPETENCY FOR TRIAL
  SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
  STUDY LENGTH...................:     30 DAYS
  DATE OF OFFENSE................: 03-26-1999


G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                     PHONE..: N/A              FTS: N/A
```

--------------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 04-09-2004 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

```
DATE COMPUTATION BEGAN..........: 04-07-2004
TOTAL TERM IN EFFECT............:       30 DAYS
TOTAL TERM IN EFFECT CONVERTED..:        1 MONTHS
EARLIEST DATE OF OFFENSE........: 03-26-1999

TOTAL JAIL CREDIT TIME..........: 0

G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                    PHONE..: N/A                 FTS: N/A
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-06-2004

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 020       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                   PHONE..: N/A                  FTS: N/A

ACTUAL SATISFACTION DATE........: 05-06-2004
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: DEV
ACTUAL SATISFACTION KEYED BY....: JAB

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-05-2001 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MISSISSIPPI, SOUTHERN DISTRICT
DOCKET NUMBER...................: 5:99CR8BRN
JUDGE...........................: BRAMLETTE
DATE SENTENCED/PROBATION IMPOSED: 08-16-1999
DATE COMMITTED..................: 10-26-1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS

G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVCH                                   PUBLIC INFORMATION                                07-19-2004
PAGE 009     Case 4:04-cv-40096-FDS    Document 8-2    Filed 07/22/2004    Page 14 of 20  15:05:53
                                           INMATE DATA
                                         AS OF 10-05-2001
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                      PHONE..: N/A                FTS: N/A
NON-COMMITTED.:   $100.00        $00.00          $500.00           $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO        AMOUNT:  $00.00

----------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  136
OFF/CHG: 18USC922(G)(1);POSS. OF A FIREARM BY A CONVICTED FELON

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
  TERM OF SUPERVISION............:     2 YEARS
  DATE OF OFFENSE................: 08-05-1998


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                    PHONE..: N/A                 FTS: N/A

-----------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-03-1999 AT OAK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 08-16-1999
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 08-05-1998

JAIL CREDIT.....................:       FROM DATE    THRU DATE

G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                   PHONE..: N/A               FTS: N/A
                                 08-05-1998     08-14-1998
                                 03-25-1999     03-30-1999


TOTAL PRIOR CREDIT TIME.........: 16
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 117
STATUTORY RELEASE DATE PROJECTED: 10-05-2001
SIX MONTH /10% DATE.............: 07-19-2001
EXPIRATION FULL TERM DATE.......: 01-30-2002


ACTUAL SATISFACTION DATE........: 10-05-2001
ACTUAL SATISFACTION METHOD......: GCT REL

G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVCH              *           PUBLIC INFORMATION         *        07-19-2004
PAGE 012 OF 012   *                 INMATE DATA              *          15:05:53
                                 AS OF 10-05-2001
```
Case 4:04-cv-40096-FDS    Document 8-2    Filed 07/22/2004    Page 17 of 20

```
REGNO..: 10217-035 NAME: GUINN, TERRENCE CARVELL
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: I-T / ADMITTED TO AN IN-TRANSIT FACL
                    PHONE..: N/A                FTS: N/A
ACTUAL SATISFACTION FACILITY....: FOR
ACTUAL SATISFACTION KEYED BY....: SVR

DAYS REMAINING..................: 117
FINAL PUBLIC LAW DAYS...........: 0




S0039         ALL CURRENT COMPS ARE SATISFIED
```

# EXHIBIT 1
# DOCUMENT C

```
                                                          DATE: 07/14/2004 TIME: 14:09  PAGE:   1
                        UNITED STATES MARSHALS SERVICE
                          PRISONER TRACKING SYSTEM
                            SOUTHERN MISSISSIPPI
                         DISTRICT: 43   OFFICE: JAC

                    INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                        NAME:  GUINN, TERRANCE CARVELL
                        USMS NUMBER: 10217035
```

I. IDENTIFICATION DATA:

```
    USMS NBR: 10217035   NAME: GUINN, TERRANCE CARVELL

    ADDRESS: 110 ROYAL ST   PORT GIBSON, MS 39150                                    PHONE: 601-437-5774

    DOB: 09/14/1973  AGE: 30  POB: JACKSON, MS        SEX: M  RACE: B  HAIR: BLK  EYE: BRO  HEIGHT: 511  WEIGHT: 160

    SSN: 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   FBI NBR: 602304CB9   ALIEN NBR:

*****SPECIAL HANDLING CODE:        SPECIAL HANDLING REMARKS:
     OTHER

    DETAINER/DATE  ACTIVE  AGENCY                     REMARK
    **/**/****       N

    PRISONERS ALIASES:             ALIAS REMARKS:
    NONE

    GENERAL REMARKS:
    NONE
```

II. CASE INFORMATION:

```
    CTR  STATUS         COURT CASE NUMBER    FEDERAL COURT CITY
     1   RL-BOP         10217035-1           JACKSON
     2   READMIT        5:99CRBBRN           JACKSON

    CTR  JUDGE NAME                  US ATTORNEY NAME              DEFENSE ATTORNEY NAME
     2   BRAMLETTE, DAVID            LACY, JACK                    JOINER, DENNIS

    CTR  ARREST DATE  ARRESTING AGENCY              LOCATION OF ARREST   WARRANT NUMBER
     1   03/26/1999   ALCOHOL, TOBACCO AND FIREARMS  MONROE,LA
     2   12/01/2003   U.S. MARSHALS SERVICE          VICKSBURG MS

    CTR  OFFENSE                          OFFENSE REMARK              DISPOSITION
     1   (5212) POSSESSION OF WEAPON                                  GUILTY (PLEA)
     2   (5012) PROBATION VIOLATION       SUPERVISED RELEASE          NOT YET DISPOSED

    CTR  SENTENCE DATE  SENTENCE                                APPEAL DATE
     1   08/31/1999     CBOP 30 MONTSH                          **/**/****
     2   **/**/****                                             **/**/****
```

III. STATUS HISTORY

```
    CTR  STATUS     STATUS DATE   CUSTODY DATE   RELEASE DATE   REMARK
     1   WT-TRIAL   03/26/1999    03/26/1999     **/**/****     TRIAL 5/4/99
```

```
JUL 14 2004 14:45 FR USMARSHAL 317           TO 89787961186       P.02/02
                        *** LIMITED OFFICIAL USE ***
------------------------------------------------------------------------
                                            DATE: 07/14/2004 TIME: 14:09 PAGE:   2

                       UNITED STATES MARSHALS SERVICE
                          PRISONER TRACKING SYSTEM
                            SOUTHERN MISSISSIPPI
                         DISTRICT: 43  OFFICE: JAC

                 INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                         NAME:  GUINN, TERRANCE CARVELL
                         USMS NUMBER: 10217035

   1   RL-BOND    03/30/1999   **/**/****   03/30/1999   50,000 CSB
   1   WT-TRIAL   03/31/1999   **/**/****   **/**/****   TRIAL SET FOR 5/4/99
   1   WT-DESIG   09/07/1999   **/**/****   **/**/****   30 MONTHS
   1   WT-MOVE    09/27/1999   **/**/****   **/**/****   FCI OAK
   1   RL-BOP     10/04/1999   **/**/****   10/04/1999
   2   WT-TRIAL   12/01/2003   12/01/2003   **/**/****
   2   RL-BOND    12/16/2003   **/**/****   12/16/2003
   2   READMIT    02/06/2004   02/06/2004   **/**/****
   2   REHEAR     02/10/2004   **/**/****   **/**/****   MENTAL HEALTH STUDY ORDER REQUESTED
   2   WT-MOVE    03/23/2004   **/**/****   **/**/****   DEVENS FMC-MENT HLTH
   2   RL-MED     03/30/2004   **/**/****   03/30/2004   MEMPHIS ALFT/FPT DEVENS FCM-MENT HLTH
   2   READMIT    06/07/2004   06/07/2004   **/**/****   BACK FROM MENTAL HEALTH STUDY

IV. CHRONOLOGICAL PRISONER HISTORY

   INST                         ADMIT       RELEASE    DAYS    ACTION OR
   CODE  INSTITUTION NAME       DATE        DATE       BOARDED DISPOSITION
   4E9   MADISON COUNTY JAIL    03/26/1999  03/30/1999    4
   BND   ON BOND                03/30/1999  08/16/1999    1
   4E9   MADISON COUNTY JAIL    08/16/1999  10/04/1999   49
   4E9   MADISON COUNTY JAIL    12/01/2003  12/16/2003   15
   BND   ON BOND                12/16/2003  02/06/2004    0
   4FF   WARREN CO JAIL         02/06/2004  02/10/2004    4
   4E9   MADISON COUNTY JAIL    02/10/2004  03/29/2004   48
   4M8   GRENADA CO JAIL N/MS   03/29/2004  03/30/2004    1    WAITING MOVEMENT
   MED   MEDICAL FACILITY       03/30/2004  06/07/2004   69    DEVENS FMC-MENT HLTH
   4E9   MADISON COUNTY JAIL    06/07/2004  **/**/****   37

                       TOTAL DAYS BOARDED    228

V. MEDICAL CONDITION/TREATMENT HISTORY

   DATE SERVICE PROVIDED    VENDOR          SERVICE PROVIDED
      10/01/1999            MCDC MEDICAL    TB TEST
```

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

****** END OF REPORT ******

*** LIMITED OFFICIAL USE ***                                    ** TOTAL PAGE.02 **